# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LEE HARDWICK,<br><br>Petitioner,<br><br>v.<br><br>T. FOSS,<br><br>Respondent. | Case No. CV 19-01755-DSF (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: January 23, 2020

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE