# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH LEE HARDWICK,<br>    Petitioner,<br>  v.<br>T. FOSS,<br>    Respondent. | Case No. CV 19-01755-DSF (RAO)<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: January 23, 2020

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE