UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 19-01755 DSF (RAO)  Date: July 16, 2020
Title: Adolph Lee Hardwick v. T. Foss

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:   Attorneys Present for Respondent:

N/A   N/A

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE OBJECTIONS**

On February 18, 2020, Petitioner filed a Request for Leave ("Request for Leave") to file objections to the Report and Recommendation ("R&R") issued on December 11, 2019. Dkt. No. 18. Objections to the R&R were originally due by January 2, 2020. Dkt. No. 13. On January 23, 2020, the Court accepted the R&R, noting in its order that no objections had been received. *See* Dkt. No. 15. The Court entered judgment the same date. Dkt. No. 16.

On March 30, 2020, the Court issued an order directing Petitioner to file his objections to the R&R by no later than April 30, 2020. Dkt. No. 19. To date, no objections have been received.

In light of the foregoing, **IT IS ORDERED** that Petitioner must show cause, in writing, on or before **August 15, 2020**, why his pending Request for Leave should not be denied. Petitioner may discharge this Order by filing his objections to the R&R on or before August 15, 2020. **Petitioner's failure to timely respond to this Order will result in a recommendation that his Request for Leave be denied.**

IT IS SO ORDERED.

:
Initials of Preparer   dl